**FILED**
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

NOV 0 1 2023

MITCHELL R. ELFERS
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) ) ) | CRIMINAL NO. 23-1617 WJ |
| vs. | ) ) ) | Counts 1-3: 18 U.S.C. § 1951:<br>Interference with Commerce by Robbery. |
| **JASON PETE ROPER**, | ) ) | |
| Defendant. | ) ) | |

## INDICTMENT

The Grand Jury charges:

### Count 1

On or about August 14, 2022, in Bernalillo County, in the District of New Mexico, the defendant, **JASON PETE ROPER**, unlawfully obstructed, delayed, and affected commerce, and the movement of articles and commodities in such commerce, by robbery, in that the defendant unlawfully took and obtained personal property consisting of U.S. currency, in the presence of Jane Doe 1, then employed by Ross Dress For Less, against Jane Doe 1's will by means of actual and threatened force, violence, and fear of injury, that is, the defendant pointed a firearm at Jane Doe 1 and demanded money from the cash register of the business.

In violation of 18 U.S.C. § 1951.

### Count 2

On or about August 15, 2022, in Bernalillo County, in the District of New Mexico, the defendant, **JASON PETE ROPER**, unlawfully obstructed, delayed, and affected commerce, and the movement of articles and commodities in such commerce, by robbery, in that the defendant unlawfully took and obtained personal property consisting of U.S. currency, in the

presence of Jane Doe 2, then employed by Ross Dress For Less, against Jane Doe 2's will by means of actual and threatened force, violence, and fear of injury, that is, the defendant pointed a firearm at Jane Doe 2 and demanded money from the cash register of the business.

In violation of 18 U.S.C. § 1951.

### Count 3

On or about September 8, 2022, in Bernalillo County, in the District of New Mexico, the defendant, **JASON PETE ROPER**, unlawfully obstructed, delayed, and affected commerce, and the movement of articles and commodities in such commerce, by robbery, in that the defendant unlawfully took and obtained personal property consisting of U.S. currency in the presence of John Doe, then employed by Ross Dress For Less, against John Doe's will by means of actual and threatened force, violence, and fear of injury, that is, the defendant pointed a firearm at John Doe and demanded money from the cash register of the business.

In violation of 18 U.S.C. § 1951.

A TRUE BILL:

_____
FOREPERSON OF THE GRAND JURY

_____
Assistant United States Attorney